JORDAN D. GROTZINGER (SBN 190166)
grotzingerj@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:  (310) 586-7700
Facsimile:   (310) 586-7800

Attorneys for Defendant
Dickey's Barbecue Restaurants, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Jenkins,<br><br>          Plaintiff,<br><br>vs.<br><br>Dickey's Barbecue Restaurants, Inc.,<br><br>          Defendant. | Case No. 4:16-cv-07133-EMC<br><br>**STIPULATED REQUEST FOR STAY PENDING ARBITRATION AND PROPOSED ORDER PURSUANT TO LOCAL RULES 6-2 AND 7-12; DECLARATION OF JORDAN D. GROTZINGER**<br><br>Action Filed:  December 14, 2016 |

STIPULATED REQUEST FOR STAY PENDING ARBITRATION AND PROPOSED ORDER PURSUANT TO LOCAL RULES 6-2 AND 7-12
Case No. 4:16-cv-07133-KAW

CHI 67862774v1

Plaintiff Christopher Jenkins ("Jenkins") and Defendant Dickey's Barbeque Restaurants, Inc. ("Dickey's"), by and through their respective counsel, stipulate pursuant to Local Rules 6-2 and 7-12 to stay this action pending the completion of a parallel arbitration proceeding.

## RECITALS

1. On or about February 25, 2016, Jenkins and other claimants filed a Demand for Arbitration before the American Arbitration Association, captioned *Meadows, et al. v. Dickey's Barbeque Restaurants, Inc.*, AAA Case No. 01-16-0000-6433. Grotzinger Dec., ¶ 2, Ex. 1.

2. The arbitration was initiated as a result of a November 12, 2015 order from this Court, Hon. Jon S. Tigar, granting Dickey's motion to compel arbitration in the case of *Meadows, et al. v. Dickey's Barbeque Restaurants, Inc.*, U.S. District Court, Northern District of California Case No. 15-cv-02139-JST (the "Litigation"). The Litigation remains stayed pending the resolution of arbitration. Grotzinger Dec., ¶ 3, Ex. 2.

## STIPULATION

Based on the foregoing, the parties stipulate, subject to Court approval, that this action is stayed pending the completion of arbitration in accordance with the terms of Judge Tigar's November 12, 2015 order in the Litigation.

DATED: February 1, 2017            GREENBERG TRAURIG, LLP

                                   By:  */s/ Jordan D. Grotzinger*
                                        JORDAN D. GROTZINGER
                                        Attorneys for Defendant
                                        Dickey's Barbecue Restaurants, Inc.

///

///

1

STIPULATED REQUEST FOR STAY PENDING ARBITRATION AND PROPOSED ORDER PURSUANT TO LOCAL RULES 6-2 AND 7-12
Case No. 4:16-cv-07133-KAW

CHI 67862774v1

| | | |
|---|---|---|
|1| DATED: February 1, 2017 | THORSNES BARTOLOTTA McGUIRE LLP |
|2| | |
|3| By: | */s/ Charlynne I. Rejaian* |
|4| | VINCENT J. BARTOLOTTA, JR. |
|5| | KAREN R. FROSTROM |
| | | CHARLYNNE I. REJAIAN |
|6| | Attorneys for Plaintiff |
| | | Christopher Jenkins |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _February 2, 2017_

_____
HON. EDWARD M. CHEN

*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]*

ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):

I, Jordan D. Grotzinger, counsel for Defendant, attest that concurrence in the filing of this document has been obtained from Plaintiff's counsel, which shall serve in lieu of her signature on the document.

DATED: February 1, 2017        GREENBERG TRAURIG, LLP

By:  */s/ Jordan D. Grotzinger*
JORDAN D. GROTZINGER
Attorneys for Defendant
Dickey's Barbecue Restaurants, Inc.

2
STIPULATED REQUEST FOR STAY PENDING ARBITRATION AND PROPOSED ORDER PURSUANT TO LOCAL
RULES 6-2 AND 7-12
Case No. 4:16-cv-07133-KAW

CHI 67862774v1

## DECLARATION OF JORDAN D. GROTZINGER

I, Jordan D. Grotzinger, declare as follows:

1. I am a shareholder at the law firm of Greenberg Traurig, LLP, counsel of record for Defendant Dickey's Barbecue Restaurants, Inc. ("Dickey's") in this action. I make this declaration based on my personal knowledge and could competently testify to the facts set forth herein.

2. On or about February 25, 2016, Plaintiff Christopher Jenkins and other claimants filed a Demand for Arbitration before the American Arbitration Association, captioned *Meadows, et al. v. Dickey's Barbeque Restaurants, Inc.*, AAA Case No. 01-16-0000-6433. A true copy of the Demand for Arbitration is attached hereto as Exhibit 1.

3. The arbitration was initiated as a result of a November 12, 2015 order from this Court, Hon. Jon S. Tigar, granting Dickey's motion to compel arbitration in the case of *Meadows, et al. v. Dickey's Barbeque Restaurants, Inc.*, U.S. District Court, Northern District of California Case No. 15-cv-02139-JST (the "Litigation"). The Litigation remains stayed pending the resolution of arbitration. A true copy of Judge Tigar's November 12, 2015 order is attached hereto as Exhibit 2.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and that this Declaration was executed on February 1, 2017 in Los Angeles, California.

>   */s/ Jordan D. Grotzinger*
>   JORDAN D. GROTZINGER

1

STIPULATED REQUEST FOR STAY PENDING ARBITRATION AND PROPOSED ORDER PURSUANT TO LOCAL RULES 6-2 AND 7-12
Case No. 4:16-cv-07133-KAW

CHI 67862774v1