# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JENKINS,<br><br>        Plaintiff,<br><br>   v.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC.,<br><br>        Defendants. | Case No.: 16-CV-07133-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Judge:        Hon. Edward M. Chen<br>Complaint Filed:  December 14, 2016<br>Trial Date:    None set |

Plaintiff Chris Jenkins and Defendant Dickey's Barbecue Restaurants, Inc. respectfully request this Court continue the Case Management Conference pending arbitration, for a period of at least six (6) months, to a date convenient for the Court.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the Case Management Conference in this case will be continued to ____12/7/17 at 9:30 a.m____

Dated:

_____
JUDGE OF THE UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen