1 | VINCENT J. BARTOLOTTA, JR., ESQ. (SBN 055139)
E-mail: Bartolotta@tbmlawyers.com
2 | KAREN R. FROSTROM, ESQ. (SBN 207044)
E-mail: Frostrom@tbmlawyers.com
3 | CHARLYNNE I. REJAIAN, ESQ. (SBN 299705)
E-mail: rejaian@tbmlawyers.com
4 | THORSNES BARTOLOTTA McGUIRE LLP
2550 Fifth Avenue, 11th Floor
5 | San Diego, California 92103
Tel: (619) 236-9363 Fax: (619) 236-9653

Attorneys for Plaintiff CHRIS JENKINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JENKINS, | Case No.: 16-CV-07133-EMC |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Date: December 8, 2017 |
| DICKEY'S BARBECUE RESTAURANTS, INC., | Time: 1:30 p.m. |
| | Judge: Hon. Edward M. Chen |
| | Complaint Filed: December 14, 2016 |
| Defendants. | Trial Date: None set |
| | **[ORAL ARGUMENT NOT REQUIRED UNLESS REQUESTED BY THE COURT]** |

IT IS HEREBY STIPULATED by and between Plaintiff CHRIS JENKINS and Defendant DICKEY'S BARBECUE RESTAURANTS, INC. that the Case Management Conference now set December 8, 2017 at 1:30 p.m., and all associated deadlines, including the deadlines to make initial disclosures, file a case management statement, and file ADR documents, may be continued for a period of at least six (6) months, to a date convenient to this Court.

The Parties enter into this stipulation in light of the fact that the Court has stayed this case pending arbitration, pursuant to the terms set forth in the November 12, 2015 Order Granting Defendant's Motion to Compel Arbitration in *Meadows, et al. v. Dickey's Barbecue, Inc.*, Case No.: 3:15-cv-02139-JST, which is also stayed pending the results of the Plaintiffs' individual arbitrations filed at the American Arbitration Association.

Plaintiff filed a Demand for Arbitration on September 15, 2017. The Parties have recently appointed and confirmed an arbitrator to hear Defendant's Motion to Dismiss, which was filed on November 15, 2017. The arbitration proceedings are in the early stages at the American Arbitration Association, and no hearing date has been set.

The Parties respectfully request the Court continue the Case Management Conference pending arbitration, for a period of at least six (6) months, to a date convenient for the Court.

IT IS SO STIPULATED.

Dated: November 27, 2017　　　　　　　　THORSNES BARTOLOTTA McGUIRE LLP

By:　　　　/s/ Karen F. Frostrom
VINCENT J. BARTOLOTTA, JR., ESQ.
KAREN R. FROSTROM, ESQ.
CHARLYNNE I. REJAIAN, ESQ.
Attorneys for Plaintiff
CHRIS JENKINS

Dated: November 27, 2017　　　　　　　　GREENBERG TRAURIG, LLP

By:　　　　/s/ Jordan D. Grotzinger
JORDAN D. GROTZINGER
Attorneys for Defendant
DICKEY'S BARBECUE RESTAURANTS, INC.

**ECF Signature Certification**

Pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jordan D. Grotzinger, counsel for Defendant Dickey's Barbecue Restaurants, Inc., and that I have obtained his authorization to affix his electronic signature to this document.

Dated: November 27, 2017

*/s/ Karen F. Frostrom*
Karen F. Frostrom

```
IT IS SO ORDERED that the CMC is
reset from 12/8/17 to 4/5/18 at 9:30 a.m.
A joint CMC statement shall be filed by
3/29/18.
```

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED MODIFIED — Judge Edward M. Chen]