1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JENKINS, | Case No.: 16-CV-07133-EMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| DICKEY'S BARBECUE RESTAURANTS, INC., | Judge: Hon. Edward M. Chen |
| Defendants. | Complaint Filed: December 14, 2016 |
| | Trial Date: None set |

Plaintiff Chris Jenkins and Defendant Dickey's Barbecue Restaurants, Inc. respectfully

request this Court continue the Case Management Conference pending arbitration, for a period of at

least six (6) months, to a date convenient for the Court.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the Case Management

Conference in this case will be continued to _____7/5/18 at 9:30 a.m_____.

Dated:     3/27/2018

_____
JUDGE OF THE UNITED STATES DISTRICT
COURT – NORTHERN DIVISION

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen