1  VINCENT J. BARTOLOTTA, JR., ESQ. (SBN 055139)
   E-mail: Bartolotta@tbmlawyers.com
2  KAREN R. FROSTROM, ESQ. (SBN 207044)
   E-mail: Frostrom@tbmlawyers.com
3  CHARLYNNE I. REJAIAN, ESQ. (SBN 299705)
   E-mail: rejaian@tbmlawyers.com
4  THORSNES BARTOLOTTA McGUIRE LLP
   2550 Fifth Avenue, 11th Floor
5  San Diego, California 92103
   Tel: (619) 236-9363 Fax: (619) 236-9653

6
   Attorneys for Plaintiff CHRIS JENKINS
7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | CHRIS JENKINS,                         | Case No.: 16-CV-07133-EMC
12 |            Plaintiff,                  | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
13 |            v.                          |
14 | DICKEY'S BARBECUE RESTAURANTS, INC.,   | Date:            July 12, 2018
   |                                        | Time:            9:30 a.m.
   |                                        | Judge:           Hon. Edward M. Chen
15 |            Defendants.                 | Complaint Filed: December 14, 2016
   |                                        | Trial Date:      None set
16
17 |                                        | **[ORAL ARGUMENT NOT REQUIRED UNLESS REQUESTED BY THE COURT]**

18

19      IT IS HEREBY STIPULATED by and between Plaintiff CHRIS JENKINS and Defendant

20 DICKEY'S BARBECUE RESTAURANTS, INC. that the Case Management Conference now set

21 July 12, 2018, at 9:30 a.m. may be continued for a period of at least six (6) months, to a date

22 convenient to this Court.

23      The Parties enter into this stipulation in light of the fact that the Court has stayed this case

24 pending arbitration, pursuant to the terms set forth in the November 12, 2015 Order Granting

25 Defendant's Motion to Compel Arbitration in *Meadows, et al. v. Dickey's Barbecue, Inc.*, Case No.:

26 3:15-cv-02139-JST, which is also stayed pending the results of the Plaintiffs' individual arbitrations

27 filed at the American Arbitration Association.

28

The arbitration proceedings are in process at the American Arbitration Association.

The Parties respectfully request the Court continue the Case Management Conference pending arbitration, for a period of at least six (6) months, to a date convenient for the Court.

IT IS SO STIPULATED.

Dated: June 26, 2018                          THORSNES BARTOLOTTA McGUIRE LLP

By: _____/s/ Karen F. Frostrom_____
VINCENT J. BARTOLOTTA, JR., ESQ.
KAREN R. FROSTROM, ESQ.
CHARLYNNE I. REJAIAN, ESQ.
Attorneys for Plaintiff
CHRIS JENKINS

Dated: June 26, 2018                          GREENBERG TRAURIG, LLP

By: _____/s/ Jordan D. Grotzinger_____
JORDAN D. GROTZINGER
Attorneys for Defendant
DICKEY'S BARBECUE RESTAURANTS, INC.

**ECF Signature Certification**

Pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jordan D. Grotzinger, counsel for Defendant Dickey's Barbecue Restaurants, Inc., and that I have obtained his authorization to affix his electronic signature to this document.

Dated: June 26, 2018

*/s/ Karen F. Frostrom*
Karen F. Frostrom

IT IS SO ORDERED THAT the CMC is reset from 7/12/18 to 11/8/18 at 9:30 a.m.  Joint CMC statement shall be filed by 11/1/18.

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2