# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JENKINS,<br><br>      Plaintiff,<br><br>v.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC.,<br><br>      Defendants. | Case No.: 16-CV-07133-EMC<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:            Hon. Edward M. Chen<br>Complaint Filed:  December 14, 2016<br>Trial Date:       None set |

IT IS HEREBY STIPULATED by and between Plaintiff CHRIS JENKINS and Defendant DICKEY'S BARBECUE RESTAURANTS, INC. that this case, and all claims asserted therein, is hereby dismissed with prejudice and without costs.

IT IS SO STIPULATED.

Dated: November 30, 2023

THORSNES BARTOLOTTA McGUIRE LLP

By: _____
VINCENT J. BARTOLOTTA, JR., ESQ.
KAREN R. FROSTROM, ESQ.
Attorneys for Plaintiff
CHRIS JENKINS

Dated: November 30, 2023

GREENBERG TRAURIG, LLP

By: _____
JORDAN D. GROTZINGER
Attorney for Defendant
DICKEY'S BARBECUE RESTAURANTS, INC.

Date: November 30, 2023

